## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second) class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Saturday        50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance........$15.00
Single Numbers ................................. .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25)........$15.00
No discount allowed after expiration date

### THE LAW ABSTRACT COMPANY

Office, Editorial Rooms and Library, 13916 Euclid Ave. Cleveland, O.

Address all mail communications to P. O. Box 2455, Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## A FASTER AND BIGGER SERVICE

If you look up the instances where the same Ohio reported case, appears in different publications, and consider the speed the Abstract is making in placing opinions before its readers, as compared with what other purveyors are doing, and thus learn how much ahead of them we really are, you will learn that we are faster, by an average of many weeks, than the best of them. You will also see that we are really there with the important cases, those you need for "Pinch Hitting", long before any adversary you have who does not follow the Abstract each week, is aware of their existence, or if he is a devotee of the Abstract, in time to prevent his putting anything over on you, in the way of new matter. You will also learn, that, in number of cases, the Abstract is more complete than any other medium. In respect to both speed in publishing, and the superiority and extent of its coverage, the Abstract is par excellence.

20188—Ben Konigsberg v. Lamports Co; motion for Cuyahoga Appeals to certify. Howell, Roberts & Duncan, Cleveland, for pltf; J. H. McNeal, Cleveland, for deft.

20189—Frank Lupson v. Wm. I. Zink; motion for Stark Appeals to certify. J. A. Jeffers, Canton, for pltf; H. Nusbaum, Canton, for deft.

20190—Agnes Jankowski v. Lawrence Zeminski; motion for Lucas Appeals to certify. W. W. Campbell, Toledo, for pltf; A. G. Duer, Toledo, for deft.

### NOV. 29, 1926

20191—State of Ohio ex rel C. B. McClintock, Pros. Atty. of Stark County v. Edwin W. Diehl; in mandamus. Lynch, Day, Fimple, Pontius & Lynch, Canton, for pltf.

20192—Ernest W. Reaugh v. Evaline M. Reaugh; motion for Cuyahoga Appeals to certify. W. D. Meals, & R. W. Ewing, Cleveland, for pltf; R. T. Sawyer, Cleveland, for deft.

20193—Mildred Levitz v. City of Youngstown; motion for Mahoning Appeals to certify. Beckerman & Felsman, Youngstown, for pltf; W. E. Lewis and Carlyle & George, Youngstown, for deft.

20194—Metropolitan Securities Co. v. Warren State Bank; motion for Trumbull Appeals to certify. Wilkin, Cross & Daoust, Cleveland, for pltf; Guarnieri & McVicker, Warren, for deft.

20195—Minna Miller v. Rosella Hosack; motion for Mahoning Appeals to certify. Morgan & Maiden, Youngstown, for pltf; Metcalfe & Cannon, Youngstown, for deft.

20196—Sara J. Robinson v. Pennsylvania Railroad Co; motion for Mahoning Appeals to certify. Moore, Barnum & Hammond, Youngstown, for pltf; Harrington, DeFord, Huxley & Smith, Youngstown, for deft.

20197—John M. Graham v. Frank R. McQuiston; motion for Mahoning Appeals to certify. D. F. Kennedy, Youngstown, for pltf; J. P. Wilson, Youngstown, for deft.

### NOV. 30, 1926

20198—Warren Salem Coach Line Co. v. Public Utilities Commission; error to the Public Utilities Commission of Ohio. Harrington, DeFord, Huxley & Smith, Youngstown, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

20199—Morgan Breem v. State of Ohio; motion for Muskingum Appeals to certify. J. C. Bassett, Zanesville, for pltf; C. J. Crossland, Zanesville, for deft.

20200—Southern Ohio Public Service Co. v. Public Utilities Commission; error to Public Utilities Commission of Ohio. J. M. Butler & C. J. Bartlett, Columbus, for pltf; C. C. Crabbe & J. W. Bricker, Columbus, for deft.

20201—Columbus & Zanesville Transportation Co. v. Public Utilities Commission; error to Public Utilities Commission of Ohio. J. M. Butler & C. J. Bartlett, Columbus, for pltf; C. C. Crabbe & J. W. Bricker, Columbus, for deft.

20202—Columbus & Zanesville Transportation Co. v. Public Utilities Commission; error to the Public Utilities Commissio nof Ohio. J. M. Butler & C. J. Bartlett, Columbus, for pltf; C. C. Crabbe & J. W. Bricker, Columbus, for deft.

20203—State of Ohio ex rel v. Geo. Vargo; motion for leave to file petition in error to the Court of Appeals of Lake County. Alvord, Blakely, Ostrander & Slocum, Painesville, for pltf; H. T. Nolan, Painesville, for deft.